CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| The Humane Society of the United States ) ) ) ) | |
| vs  Plaintiff ) ) | Civil Action No. _____ |
| Ed Schafer, Secretary, U. S. Department of Agriculture; Alfred V. Almanza, Administrator, Food Safety and Inspection Service ) ) ) ) | |
| Defendant ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   The Humane Society of the United States   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   The Humane Society of the United States   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Sarah Conant_ (signature)
Signature

D.C. Bar No. 493130
BAR IDENTIFICATION NO.

Sarah L. Conant
Print Name

2100 L St., NW
Address

Washington      DC           20037
City            State        Zip Code

(202) 676 - 2325
Phone Number