UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>ED SCHAFER, Secretary,<br>U.S. Department of Agriculture,<br><br>ALFRED V. ALMANZA,<br>Administrator,<br>Food Safety and Inspection Service<br>U.S. Department of Agriculture<br><br>Defendants. | Civ. No. 08-00337 (HHK) |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff dismisses this action.

Respectfully submitted,

___/s/_____
Sarah L. Conant
(D.C. Bar No. 493130)
Peter Petersan
(D.C. Bar No. 487605
Jonathan R. Lovvorn
(D.C. Bar. No. 461163)
The Humane Society of the United States
2100 L St., NW
Washington, DC 20037
(202) 676-2325

March 14, 2008                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2008, I directed that true and correct copies of the foregoing *Notice of Dismissal* be served by first class-mail postage pre-paid upon all parties, as follows:

Ed Schafer
Secretary of Agriculture
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250

Alfred V. Almanza, Administrator
Food Safety and Inspection Service
U.S. Department of Agriculture
1400 Independence Ave., SW
Room 331-E
Washington, DC 20250

Michael B. Mukasey
U.S. Attorney General
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Jeffrey A. Taylor
U.S. Attorney
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20530


__/s/_____
Sarah L. Conant
The Humane Society of the United States
2100 L St., NW
Washington, DC 20037
(202) 676-2325